UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| SUMMIT WELL SERVICES, L.L.C. | § | CHAPTER 11 |
| | § | Case NO. 15-70116 |
| Debtor | § | |

### BRIEF DESCRIPTION OF ASSETS AND DEBTS OWNED BY DEBTOR

Debtor's assets consist of property, real and personal, totaling less than $1,200,000.00. This consists of checking accounts of approximately $100,000.00, accounts receivable of about $500,000.00, insider accounts receivable of about $72,000.00, a real estate tract located in Cotulla, Texas of about $152,000.00, inventory including pipes and assorted items of about $400,000.00, and four pick-ups worth about $50,000.00.

Debtor's liabilities include accounts payables of about $170,000.00, Internal Revenue Service taxes consisting of primarily employment taxes of about $740,000.00 and a miscellaneous account payable to Aflac of about $12,000.00.

### DECLARATION

I, Dennis R. Hinojosa, one of 2 members of Debtor in this case, declare under penalty of perjury that I have read the foregoing Brief Description of Assets and Debts Owned by Debtor, consisting of one sheet, including this Declaration, and that it is true and correct to the best of my information and belief.

March 4, 2015                    /s/Dennis R. Hinojjosa
Date                             Dennis R. Hinojosa, one of two members of
                                 SUMMIT WELL SERVICES, L.L.C.