B6A (Official Form 6A) (12/07)

In re  **Summit Well Services, L.L.C.**                                    Case No.   **15-70116**
                                                                                                                  (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Lot 3A, Block 9, Cotulla Addition, LaSalle County, Texas | Fee Simple | | $40,000.00 | $802,951.48 |
| | | Total: | $40,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Summit Well Services, L.L.C.**                                    Case No.   **15-70116**
                                                                                       (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Operating  Checking Account: xxxxxxx885607 <br><br> Bank of America Checking Account:xxx6889 <br><br> Bank of America Checking Account xxxxxx298363 | | ($7,714.40) <br><br><br> $12,671.38 <br><br> $5,092.96 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Summit Well Services, L.L.C.**                                  Case No.  **15-70116**_____
                                                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Accounts Receivable | $450,594.50 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Summit Well Services, L.L.C.**                                    Case No.   **15-70116**
                                                                                                  (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 Chevrolet Silverado 2500 VINxxxx131738<br><br>2013 Ford F150 VINxxx32225 | | $10,726.00<br><br>$17,036.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Summit Well Services, L.L.C.**                    Case No.    **15-70116**
                                                                       (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 2014 Ford F150 Truck  VINxxxxxxxxxxKE80135 | $28,275.00 |
| | | 2015 Ford F250 Truck VIN xxxxx03838 | $38,856.75 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Computers, printers, office equipment | $800.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Utility Trailer #101 | $600.00 |
| | | Utility Trailer #103 | $600.00 |
| | | 2 Utility Trailers (goose-neck trailers) | $2,000.00 |
| | | Utility Trailer #102 | $300.00 |
| | | Plug Catcher 5" 10K - 2009 (servicing equipment) | $5,250.00 |
| | | 3 Phase Test Seperator 14000psi - 2009 (servicing equipment) | $4,000.00 |
| | | 3 Straight Manifolds 1 4-Valve Manifold 5 8-Valve Manifolds -  2009 (servicing equipment) | $60,000.00 |
| | | Portable Heater 750K BTU - 2009 (servicing equipment) | $3,750.00 |
| | | Hammer Unions 2" 10K - 2009 (servicing equipment) | $54,000.00 |
| | | Plug Valves 2010 (servicing equipment) | $20,000.00 |
| | | 2000' Pipe 1502 2000' - 2010 | $17,700.00 |
| | | 119 Elbows 10,000lb - 2010 | $20,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Summit Well Services, L.L.C.**                              Case No.  **15-70116**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached          **Total  >**          **$744,538.19**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Summit Well Services, L.L.C.**                                    Case No.   **15-70116**
                                                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐   Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | | |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Summit Well Services, L.L.C.**                                        Case No.   **15-70116**
                                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br>**City of Encinal** <br>**P.O. Box 120** <br>**Encinal, Texas 78019** | | DATE INCURRED: **02/2015** <br>NATURE OF LIEN: <br>**Ad Valorem Taxes** <br>COLLATERAL: <br>**Lot 3A, Block 9, Cotulla Addition, LaSalle County,** <br>REMARKS: <br><br>VALUE: **$40,000.00** | | | | $520.04 | |
| ACCT #: <br><br>**Cotulla ISD** <br>**David G. Aelvoet** <br>**LINEBARGER GOGGAN BLAIR & SAMPS** <br>**711 Navarro Street, Suite 300** <br>**San Antonio, Texas 78205** | | DATE INCURRED: **2013 - 2015** <br>NATURE OF LIEN: <br>**Fee Simple** <br>COLLATERAL: <br>**Lot 3A, Block 9, Cotulla Addition, LaSalle County,** <br>REMARKS: <br><br>VALUE: **$40,000.00** | | | | $18,294.31 | $18,294.31 |
| ACCT #: 1986 <br><br>**Ford Motor Credit Company, LLC** <br>**P.O. Box 62180** <br>**Colorado Springs, CO 80962** | | DATE INCURRED: **11/05/2013** <br>NATURE OF LIEN: <br>**Purchase Money** <br>COLLATERAL: <br>**2013 Ford F150** <br>REMARKS: <br><br>VALUE: **$17,036.00** | | | | $17,772.29 | $736.29 |
| **Representing:** <br>**Ford Motor Credit Company, LLC** | | **R. Christopher Naylor** <br>**DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.** <br>**4801 Woodway, Suite 420 West** <br>**Houston, Texas 77056-1805** | | | | Notice Only | Notice Only |
| | | Subtotal (Total of this Page) > | | | | $36,586.64 | $19,030.60 |
| | | Total (Use only on last page) > | | | | | |

_____2_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Summit Well Services, L.L.C.**                          Case No.  **15-70116**
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **5769**<br><br>**Ford Motor Credit Company, LLC**<br>**P.O. Box 62180**<br>**Colorado Springs, CO 80962** | X | DATE INCURRED: **10/16/2014**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2015 Ford F250 Truck**<br>REMARKS:<br><br>VALUE: **$38,856.75** | | | | **$40,604.18** | **$1,747.43** |
| ACCT #: **5281**<br><br>**Ford Motor Credit Company, LLC**<br>**P.O. Box 62180**<br>**Colorado Springs, CO 80962** | X | DATE INCURRED: **10/16/2014**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2014 Ford F150 Truck**<br>REMARKS:<br><br>VALUE: **$28,275.00** | | | | **$26,535.09** | |
| **Representing:**<br>**Ford Motor Credit Company, LLC** | | **R. Christopher Naylor**<br>**DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.**<br>**4801 Woodway, Suite 420 West**<br>**Houston, Texas 77056-1805** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xx-xxx0778**<br><br>**Internal Revenue Service**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101** | | DATE INCURRED: **06/30/2013 - 01/15/2015**<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**All Income/Assets - Federal Tax Liens**<br>REMARKS:<br><br>VALUE: **$735,631.50** | | | X | **$778,756.93** | **$76,425.15** |

Sheet no. __1__ of __2__ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$845,896.20** | **$78,172.58**
Total (Use only on last page) >

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Summit Well Services, L.L.C.**          Case No. __15-70116_____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Internal Revenue Service** | | **David Guerra**<br>**Assistant United States Attorney**<br>**1701 West Business 83, Suite 600**<br>**McAllen, Texas 78501** | | | | **Notice Only** | **Notice Only** |
| **Representing:**<br>**Internal Revenue Service** | | **Keri Templeton**<br>**300 East 8th Street, Stop 5026AUS**<br>**Austin, Texas 78701** | | | | **Notice Only** | **Notice Only** |
| ACCT #:<br><br>**Laredo Federal Credit Union**<br>**1119 Corpus Christi Street**<br>**Laredo, Texas 78040** | | DATE INCURRED: **2011**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2011 Chevrolet Silverado 2500**<br>REMARKS:<br><br><br>VALUE:                        **$10,726.00** | | | | **$10,363.48** | |
| ACCT #:<br><br>**LaSalle County Tax Assessor Collector**<br>**David G. Aelvoet**<br>**LINEBARGER GOGGAN BLAIR & SAMPS**<br>**711 Navarro Street, Suite 300**<br>**San Antonio, Texas 78205** | | DATE INCURRED: **01/31/2015**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**Lot 3A, Block 9, Cotulla Addition, LaSalle County,**<br>REMARKS:<br><br>VALUE:                        **$40,000.00** | | | | **$5,380.20** | |

Sheet no. ___2___ of ___2___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$15,743.68** | **$0.00** |
| Total (Use only on last page) > | **$898,226.52** | **$97,203.18** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re  **Summit Well Services, L.L.C.**                         Case No.    **15-70116**
                                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Summit Well Services, L.L.C.**                                        Case No.  **15-70116**
                                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxx0778<br>**Internal Revenue Service**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101** | | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | X | $184,093.55 | $184,093.55 | $0.00 |
| Representing:<br>**Internal Revenue Service** | | **David Guerra**<br>**Assistant United States Attorney**<br>**1701 West Business 83, Suite 600** | | | | Notice Only | Notice Only | Notice Only |
| Representing:<br>**Internal Revenue Service** | | **Keri Templeton**<br>**300 East 8th Street, Stop 5026AUS**<br>**Austin, Texas 78701** | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>**Texas Comptroller of Public Accounts**<br>**PO BOX 13528**<br>**Austin, Texas 78711-3528** | | DATE INCURRED: **1852.04**<br>CONSIDERATION:<br>**Sales Taxes**<br>REMARKS: | | | X | Unknown | Unknown | Unknown |
| Representing:<br>**Texas Comptroller of Public Accounts** | | **Jay W. Hurst, Assistant Attorney General**<br>**c/o Sherri K. Simpson, Paralegal**<br>**Texas Office of Attorney General** | | | | Notice Only | Notice Only | Notice Only |
| Representing:<br>**Texas Comptroller of Public Accounts** | | **Office of the Attorney General**<br>**Bankruptcy-Collections Division**<br>**PO BOX 12548**<br>**Austin, TX 78711-2548** | | | | Notice Only | Notice Only | Notice Only |

Sheet no. ___1___ of ___1___ continuation sheets         Subtotals (Totals of this page) >   |   $184,093.55   |   $184,093.55   |   $0.00
attached to Schedule of Creditors Holding Priority Claims                            Total >   |   $184,093.55
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >   |   $184,093.55   |   $0.00
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re   **Summit Well Services, L.L.C.**                    Case No.   **15-70116**
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Aflac Insurance**<br>**1932 Wynnton Road**<br>**Columbus, GA 31999-001** | | DATE INCURRED: **11/01/2014 - 02/01/2015**<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $4,694.88 |
| ACCT #:  xxxxxx1003<br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, Texas 75265-0448** | | DATE INCURRED: **11/20/2014 - 02/01/2015**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,922.33 |
| ACCT #:<br>**Asash Termite & Pest Control**<br>**P.O. Box 2883**<br>**Laredo, Texas 78044** | | DATE INCURRED: **07/31/2014 - 12/01/2014**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $2,598.00 |
| ACCT #:<br>**AT&T**<br>**P.O. Box 5014**<br>**Carol Tream, IL 60197-5014** | | DATE INCURRED: **11/05/2014 - 12/04/2014**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $415.73 |
| ACCT #:<br>**Blue Cross Blue Shield**<br>**Health Care Service Corporation**<br>**P.O. Box 731428**<br>**Dallas, Texas 75373-1428** | | DATE INCURRED: **04/01/2014-05/30/2014**<br>CONSIDERATION:<br>**Health/Medical Insurance**<br>REMARKS: | | | | $10,810.41 |
| ACCT #:<br>**Country Barn Rental, Inc.**<br>**P.O. Box 648**<br>**Mayfield, KY 42066** | | DATE INCURRED: **10/05/2014**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $441.62 |
| | | | | Subtotal > | | $21,882.97 |
| | | | | Total > | | |

_____**5**_____continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Summit Well Services, L.L.C.**                                      Case No.   **15-70116**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**CPL Retail Energy**<br>P.O. Box 660897<br>Dallas, Texas 75266-0897 | | DATE INCURRED: **12/04/2014 - 01/22/2015**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $1,684.82 |
| ACCT #:<br>**Employees** | | DATE INCURRED: **01/01/2015-02/12/2015**<br>CONSIDERATION:<br>**Pre-Petition Wages**<br>REMARKS: | | | | $68,819.51 |
| ACCT #:<br>**Encinal Water Supply Corp.**<br>P.O. Box 235<br>Encinal, Texas 78019 | | DATE INCURRED: **11/25/2014**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $49.04 |
| ACCT #:<br>**Falcon International Bank**<br>5219 McPherson Road<br>Laredo, Texas 78041 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money Loan**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Gateway Uniform Service**<br>5827 Northgate Lane<br>Laredo, Texas 78041 | | DATE INCURRED: **09/30/2014**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $367.94 |
| ACCT #:<br>**J & A Rentals**<br>P.O. Box 3112<br>Laredo, Texas 78044 | | DATE INCURRED: **06/10/2014**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $325.00 |

Sheet no. __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $71,246.31

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Summit Well Services, L.L.C.**                                          Case No.   **15-70116**
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx4**<br>**Laredo Federal Credit Union**<br>**1119 Corpus Christi Street**<br>**Laredo, Texas 78040** | | DATE INCURRED:  **10/21/2014**<br>CONSIDERATION:<br>**Operating Cash**<br>REMARKS: | | | | $449.00 |
| ACCT #:  **xxxx xo. 555**<br>**Laredo Federal Credit Union**<br>**1119 Corpus Christi Street**<br>**Laredo, Texas 78040** | | DATE INCURRED:<br>CONSIDERATION:<br>**Operating Cash**<br>REMARKS: | | | | $3,983.99 |
| ACCT #:  **xxxx xo. 556**<br>**Laredo Federal Credit Union**<br>**1119 Corpus Christi Street**<br>**Laredo, Texas 78040** | | DATE INCURRED:<br>CONSIDERATION:<br>**Operating Cash**<br>REMARKS: | | | | $3,357.99 |
| ACCT #:<br>**LaSalle County Fair Association**<br>**P.O. Box 553**<br>**Cotulla, Texas 78014** | | DATE INCURRED:  **03/11/2014**<br>CONSIDERATION:<br>**Marketing**<br>REMARKS: | | | | $1,000.00 |
| ACCT #:<br>**Napa Auto and Truck Parts**<br>**P.O. Box 450888**<br>**Laredo, Texas 78045** | | DATE INCURRED:  **08/22/2014**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $3,144.71 |
| ACCT #:<br>**New Century Financial, Inc.**<br>**777 Post Oak Boulevard, Suite 325**<br>**Houston, Texas 77056** | X | DATE INCURRED:  **12/24/2014-03/06/2015**<br>CONSIDERATION:<br>**Factoring**<br>REMARKS: | | X | X | Unknown |

Sheet no. **2** of **5** continuation sheets attached to                                         Subtotal >   $11,935.69
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                   Total >
                              (Use only on last page of the completed Schedule F.)
                   (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Summit Well Services, L.L.C.**                              Case No.   **15-70116**
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing:<br>New Century Financial, Inc. | | | Trent L. Rosenthal<br>675 Bering, Suite 150<br>Houston, Texas 77057 | | | | Notice Only |
| ACCT #:<br>**North Texas Tollway Authority**<br>P.O. Box 660244<br>Dallas, Texas 75266-0244 | | | DATE INCURRED: **12/15/2013 - 03/26/2014**<br>CONSIDERATION:<br>**Toll Road Fee**<br>REMARKS: | | | | $39.36 |
| ACCT #:<br>**Print X Press**<br>4820 McPherson Road, Suite 1<br>Laredo, Texas 78041 | | | DATE INCURRED: **08/13/2014 - 09/26/2014**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $1,540.36 |
| ACCT #:<br>**Progressive Insurance**<br>P.O. Box 105428<br>Atlanta, GA | | | DATE INCURRED:<br>CONSIDERATION:<br>**Auto Insurance**<br>REMARKS: | | | | $55,147.53 |
| ACCT #:<br>**Razorback Contractor Supply, Inc,**<br>P.O. Box 800583<br>**Balch Springs, Texas** | | | DATE INCURRED: **12/04/2014**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $108.03 |
| ACCT #:<br>**South Texas Specialties**<br>P.O. Box 3209<br>Laredo, Texas 78044 | | | DATE INCURRED: **10/06/2014 - 10/14/2014**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $69,356.86 |

Sheet no. ____3____ of ____5____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                            | $126,192.14 |

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Summit Well Services, L.L.C.**                                    Case No.   __15-70116_____
                                                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Southwest Credit Systems, L.P.**<br>**4120 International Parkway, Suite 1100**<br>**Carrollton, Texas 75007-1959** | | DATE INCURRED: **04/24/2014**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $68.36 |
| ACCT #:<br>**Texas Mutual Insurance**<br>**3210 Easy Highway 290**<br>**Austin, Texas 78723-1098** | | DATE INCURRED:<br>CONSIDERATION:<br>**Worker Comp Insurance**<br>REMARKS: | | | | $8,235.00 |
| ACCT #:<br>**Texas Tollways**<br>**P.O. Box 650749**<br>**Dallas, Texas 75265-0749** | | DATE INCURRED: **06/07/2014-06/30/2014**<br>CONSIDERATION:<br>**Toll Road Fee**<br>REMARKS: | | | | $45.29 |
| ACCT #:<br>**Time Warner Cable**<br>**1313 W. Calton Road**<br>**Laredo, Texas 78041** | | DATE INCURRED: **01/01/2015**<br>CONSIDERATION:<br>**Cable-Utility**<br>REMARKS: | | | | $404.27 |
| ACCT #:<br>**TXTag**<br>**P.O. Box 650749-0749**<br>**Dallas, Texas 75265-0749** | | DATE INCURRED: **10/04/2014-01/19/2015**<br>CONSIDERATION:<br>**Toll Road Fees**<br>REMARKS: | | | | $643.79 |
| ACCT #:<br>**Unifirst Holdings, Inc.**<br>**5807 East Drive**<br>**Laredo, Texas 78041** | | DATE INCURRED: **09/08/2014 - 02/02/2015**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $20,345.65 |

Sheet no. ____4____ of ____5____ continuation sheets attached to                                  Subtotal >    | $29,742.36 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total >
                                                        (Use only on last page of the completed Schedule F.)
                                                    (Report also on Summary of Schedules and, if applicable, on the
                                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Summit Well Services, L.L.C.**                              Case No.   **15-70116**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing:<br>Unifirst Holdings, Inc. | | | **Kyle E. Neill**<br>**KYLE E. NEILL, P.C.**<br>**11550 West IH-10, Suite 287**<br>**San Antonio, Texas 78230-1063** | | | | **Notice Only** |
| ACCT #:<br>**United Rentals**<br>**P.O. Box 100711**<br>**Atlanta, GA 30384-0711** | | | DATE INCURRED:  **12/13/2013 - 12/25/2014**<br>CONSIDERATION:<br>**Equipment Rental**<br>REMARKS: | | | | **$24,682.06** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**5**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | | Subtotal > | **$24,682.06** |
|---|---|---|---|
| | | Total > | **$285,681.53** |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Summit Well Services, L.L.C.**                          Case No.   **15-70116**
                                                                                       (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Laredo Office Lease Agreement**<br>7B Cattle Company<br>1303 Calle De Norte, Suite 200<br>Laredo, Texas 78041 | Lease Agreement for Laredo Office |
| **Lewis Energy Group**<br>1010 Reunion Place, Suite 1000<br>San Antonio, Texas 78216 | Master Servicing Agreement for oilfield services |
| **New Century Financial, Inc.**<br>777 Post Oak Boulevard, Suite 325<br>Houston, Texas 77056 | New Century Financial, Inc. is a factoring company. |
| **Unifirst Holdings, Inc.**<br>5807 East Drive<br>Laredo, Texas 78041 | Rental of fire-proof uniforms and other types of uniforms for employees<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re  **Summit Well Services, L.L.C.**                                    Case No.   **15-70116**
                                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dennis Ray Hinojosa**<br>301 Esparza Drive<br>Laredo, Texas 78041 | **New Century Financial, Inc.**<br>777 Post Oak Boulevard, Suite 325<br>Houston, Texas 77056 |
| **Randal Hinojosa**<br>10525 Bear Creek<br>Laredo, Texas 78045 | **Ford Motor Credit Company, LLC**<br>P.O. Box 62180<br>Colorado Springs, CO 80962 |
| **Randal Hinojosa**<br>10525 Bear Creek<br>Laredo, Texas 78045 | **Ford Motor Credit Company, LLC**<br>P.O. Box 62180<br>Colorado Springs, CO 80962 |
| **Randal Scot Hinojosa**<br>10525 Bear Creek Drive<br>Laredo, Texas 78045 | **New Century Financial, Inc.**<br>777 Post Oak Boulevard, Suite 325<br>Houston, Texas 77056 |

B 6 Summary (Official Form 6 - Summary) (12/14)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re  **Summit Well Services, L.L.C.**

Case No.   **15-70116**

Chapter   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $40,000.00 | | |
| B - Personal Property | Yes | 5 | $744,538.19 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $898,226.52 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $184,093.55 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $285,681.53 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 19 | $784,538.19 | $1,368,001.60 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re **Summit Well Services, L.L.C.**                                    Case No. **15-70116**
                                                                              (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Manager/Member**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**21**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date _**03/20/2015**_                    Signature _____
                                                    **Dennis Ray Hinojosa**
                                                    **Manager/Member**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:   **Summit Well Services, L.L.C.**                    Case No.   **15-70116**

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,233,079.00** | **2012 Gross Income (as reported in IRS Form 1065)** |
| **$4,213,986.00** | **2013 Gross Income (as reported in IRS Form 1065)** |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Unifirst Holdings, Inc.**<br>**5807 East Drive**<br>**Laredo, Texas 78041** | **Monthly - Debtor has not made payments to this Creditor for uniforms rented during the 90-days prior to BK Filing Date (12/04/2015)** | | **$20,345.65** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:  **Summit Well Services, L.L.C.**                    Case No.  **15-70116**
                                                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☐
c. All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Bank Statements - Debtor will supplement. | | | |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☑
a. List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None
☐
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ford Motor Credit Company, LLC Dept. 55953 P.O. Box 55000 Detroit, MI 48255 | February 2015 - Voluntary Surrender | 2015 Ford F250 Pickup |

---

**6. Assignments and receiverships**

None
☑
a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re:  **Summit Well Services, L.L.C.**                    Case No.  **15-70116**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

#### 7. Gifts

None
☐

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the debtors are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Laredo Pony League | none | 06/16/2014 | Charitable Contribution of $250.00 to local youth baseball organization to support community |
| CC Oilers<br>1029 E. Huisache<br>Kingsville, Texas 78363 | none | 06/16/2014 | Charitable Contribution to local youth sports team of $500.00 to support community. |
| Boys and Girls Club of Cotulla | None | 10/17/2014 | Charitable Contribution of $1,500.00 to support local youth center. |

---

#### 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| The Villeda Law Group<br>6316 North 10th Street, Building B<br>McAllen, Texas 78504 | | $11,310.00 |

---

#### 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:  **Summit Well Services, L.L.C.**                    Case No.  **15-70116**
                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑ If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re:  **Summit Well Services, L.L.C.**                                       Case No.  **15-70116** _____

                                                                                                 (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None ☐
### 18. Nature, location and name of business
a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Summit Well Services, LLC**<br>**102 South Buena Vista**<br>**Encinal, Texas 78019**<br>**EIN: 74-2980778** | **Debtor provides services to oil and gas field producers.** | **Articles of Incorporation filed September 15, 2000. Debtor is currently operating its oil and gas field services.** |

---

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements
None ☑ a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None ☑ b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re:  **Summit Well Services, L.L.C.**                                   Case No.  **15-70116**
                                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☑  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☐  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Wells Fargo Bank** | **October 2014** |
| **Gilberto Sanchez** | **with loan** |
| **1100 Matamoros Street** | **application** |
| **Laredo, Texas 78040** | |

---

### 20. Inventories
None ☑  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑  b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders
None ☑  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Dennis Ray Hinojosa**<br>**301 Esperanza Street**<br>**Laredo, Texas 78041** | **Director/President** | **50% Ownership** |
| **Randal Hinojosa**<br>**10525 Bear Creek**<br>**Laredo, Texas 78045** | **Director/Vice President** | **50% Ownership** |

---

### 22. Former partners, officers, directors and shareholders
None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑  b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation
None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

In re: Summit Well Services, L.L.C.

Case No. 15-70116
(if known)

**STATEMENT OF FINANCIAL AFFAIRS**
Continuation Sheet No. 6

---

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date 03/20/2015          Signature _____
                                        Dennis Ray Hinojosa
                                        Manager/Member

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

IN RE:  Summit Well Services, L.L.C.

CASE NO  15-70116

· CHAPTER  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | | |
|---|---|---|---|
| For legal services, I have agreed to accept: | | Fixed Fee: | $11,310.00 |
| Prior to the filing of this statement I have received: | | | $11,310.00 |
| Balance Due: | | | $0.00 |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/20/2015
Date

Antonio Villeda
Villeda Law Group
6316 North 10th Street, Bldg. B
McAllen, Texas 78504
Phone: (956) 631-9100 / Fax: (956) 631-9146

Bar No. 20585300

---

Dennis Ray Hipolito
Manager/Member

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

IN RE:   **Summit Well Services, L.L.C.**

Case No.   **15-70116**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101 | | Taxes | *Unliquidated* | **$184,093.55** |
| Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101 | | Taxes | *Unliquidated* | **$778,756.93**<br><br>**Value: $702,331.78** |
| South Texas Specialties<br>P.O. Box 3209<br>Laredo, Texas 78044 | | Services Rendered | | **$69,356.86** |
| Employees | | Pre-Petition Wages | | **$68,819.51** |
| Progressive Insurance<br>P.O. Box 105428<br>Atlanta, GA | | Auto Insurance | | **$55,147.53** |
| United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | | Equipment Rental | | **$24,682.06** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

IN RE:   **Summit Well Services, L.L.C.**

Case No.   **15-70116**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Unifirst Holdings, Inc.<br>5807 East Drive<br>Laredo, Texas 78041 | | Services Rendered | | **$20,345.65** |
| Cotulla ISD<br>David G. Aelvoet<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 Navarro Street, Suite 300<br>San Antonio, Texas 78205 | | Fee Simple | | **$18,294.31**<br><br>**Value: $0.00** |
| Blue Cross Blue Shield<br>Health Care Service Corporation<br>P.O. Box 731428<br>Dallas, Texas 75373-1428 | | Health/Medical Insurance | | **$10,810.41** |
| Texas Mutual Insurance<br>3210 Easy Highway 290<br>Austin, Texas 78723-1098 | | Worker Comp Insurance | | **$8,235.00** |
| Aflac Insurance<br>1932 Wynnton Road<br>Columbus, GA 31999-001 | | Insurance | | **$4,694.88** |
| Laredo Federal Credit Union<br>1119 Corpus Christi Street<br>Laredo, Texas 78040 | | Operating Cash | | **$3,983.99** |
| Laredo Federal Credit Union<br>1119 Corpus Christi Street<br>Laredo, Texas 78040 | | Operating Cash | | **$3,357.99** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:   **Summit Well Services, L.L.C.**                              Case No.   **15-70116**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Napa Auto and Truck Parts<br>P.O. Box 450888<br>Laredo, Texas 78045 | | Services Rendered | | **$3,144.71** |
| American Express<br>P.O. Box 650448<br>Dallas, Texas 75265-0448 | | Credit Card | | **$2,922.33** |
| Asash Termite & Pest Control<br>P.O. Box 2883<br>Laredo, Texas 78044 | | Services Rendered | | **$2,598.00** |
| Ford Motor Credit Company, LLC<br>P.O. Box 62180<br>Colorado Springs, CO 80962 | | Purchase Money | | **$40,604.18**<br>**Value: $38,856.75** |
| CPL Retail Energy<br>P.O. Box 660897<br>Dallas, Texas 75266-0897 | | Utility | | **$1,684.82** |
| Print X Press<br>4820 McPherson Road, Suite 1<br>Laredo, Texas 78041 | | Services Rendered | | **$1,540.36** |
| LaSalle County Fair Association<br>P.O. Box 553<br>Cotulla, Texas 78014 | | Marketing | | **$1,000.00** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

IN RE:  Summit Well Services, L.L.C.

Case No.  15-70116

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Manager/Member** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 03/20/2015          Signature: _____
                                    **Dennis Ray Hinojosa**
                                    Manager/Member

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

IN RE:  Summit Well Services, L.L.C.

CASE NO   15-70116

CHAPTER   11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  D3/20/ 2015

Signature _____
Dennis Ray Hinojosa
Manager/Member

Date _____

Signature _____

Aflac Insurance
1932 Wynnton Road
Columbus, GA 31999-001

American Express
P.O. Box 650448
Dallas, Texas 75265-0448

Asash Termite & Pest Control
P.O. Box 2883
Laredo, Texas 78044

AT&T
P.O. Box 5014
Carol Tream, IL 60197-5014

Blue Cross Blue Shield
Health Care Service Corporation
P.O. Box 731428
Dallas, Texas 75373-1428

City of Encinal
P.O. Box 120
Encinal, Texas 78019

Cotulla ISD
David G. Aelvoet
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
711 Navarro Street, Suite 300
San Antonio, Texas 78205

Country Barn Rental, Inc.
P.O. Box 648
Mayfield, KY 42066

CPL Retail Energy
P.O. Box 660897
Dallas, Texas 75266-0897

David Guerra
Assistant United States Attorney
1701 West Business 83, Suite 600
McAllen, Texas 78501


Dennis Ray Hinojosa
301 Esparza Drive
Laredo, Texas 78041


Employees


Encinal Water Supply Corp.
P.O. Box 235
Encinal, Texas 78019


Falcon International Bank
5219 McPherson Road
Laredo, Texas 78041


Ford Motor Credit Company, LLC
P.O. Box 62180
Colorado Springs, CO 80962


Gateway Uniform Service
5827 Northgate Lane
Laredo, Texas 78041


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101


J & A Rentals
P.O. Box 3112
Laredo, Texas 78044

Jay W. Hurst, Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Texas Office of Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

Keri Templeton
300 East 8th Street, Stop 5026AUS
Austin, Texas 78701

Kyle E. Neill
KYLE E. NEILL, P.C.
11550 West IH-10, Suite 287
San Antonio, Texas 78230-1063

Laredo Federal Credit Union
1119 Corpus Christi Street
Laredo, Texas 78040

Laredo Office Lease Agreement
7B Cattle Company
1303 Calle De Norte, Suite 200
Laredo, Texas 78041

LaSalle County Fair Association
P.O. Box 553
Cotulla, Texas 78014

LaSalle County Tax Assessor Collector
David G. Aelvoet
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 Navarro Street, Suite 300
San Antonio, Texas 78205

Lewis Energy Group
1010 Reunion Place, Suite 1000
San Antonio, Texas 78216

Napa Auto and Truck Parts
P.O. Box 450888
Laredo, Texas 78045

New Century Financial, Inc.
777 Post Oak Boulevard, Suite 325
Houston, Texas 77056


North Texas Tollway Authority
P.O. Box 660244
Dallas, Texas 75266-0244


Office of the Attorney General
Bankruptcy-Collections Division
PO BOX 12548
Austin, TX 78711-2548


Print X Press
4820 McPherson Road, Suite 1
Laredo, Texas 78041


Progressive Insurance
P.O. Box 105428
Atlanta, GA


R. Christopher Naylor
DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805


Randal Hinojosa
10525 Bear Creek
Laredo, Texas 78045


Randal Scot Hinojosa
10525 Bear Creek Drive
Laredo, Texas 78045


Razorback Contractor Supply, Inc,
P.O. Box 800583
Balch Springs, Texas

South Texas Specialties
P.O. Box 3209
Laredo, Texas 78044


Southwest Credit Systems, L.P.
4120 International Parkway, Suite 1100
Carrollton, Texas 75007-1959


Texas Comptroller of Public Accounts
PO BOX 13528
Austin, Texas 78711-3528


Texas Mutual Insurance
3210 Easy Highway 290
Austin, Texas 78723-1098


Texas Tollways
P.O. Box 650749
Dallas, Texas 75265-0749


Time Warner Cable
1313 W. Calton Road
Laredo, Texas 78041


Trent L. Rosenthal
675 Bering, Suite 150
Houston, Texas 77057


TXTag
P.O. Box 650749-0749
Dallas, Texas 75265-0749


Unifirst Holdings, Inc.
5807 East Drive
Laredo, Texas 78041

United Rentals
P.O. Box 100711
Atlanta, GA 30384-0711

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

IN RE:                                              CHAPTER  11
Summit Well Services, L.L.C.

DEBTOR(S)                                           CASE NO   15-70116

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Dennis Ray Hinojosa 301 Esperanza Laredo, Texas 78041 | Member | 50% Ownership | |
| Randal Scot Hinojosa 10525 Bear Creek Laredo, Texas 78045 | Member | 50% Ownership | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Manager/Member** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 03/20/2015        Signature: _____
                                   Dennis Ray Hinojosa
                                   Manager/Member